**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NICOLE VEASLEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-CV-00615(GMS) |
| | ) | |
| NEWARK HOUSING AUTHORITY | ) | |
| JOHNNIE JACKSON, Executive | ) | |
| Director, in his official capacity, | ) | |
| JOAN ROBERTS, Housing Coordinator, | ) | |
| in her official capacity, | ) | |
| JACQUELYN BALDWIN, in her | ) | |
| official capacity, and | ) | |
| DAVID B. MAHENY, in his official | ) | |
| capacity, | ) | |
|     Defendants. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned for the defendants in the above captioned matter.

                              */s/ Donald L. Gouge, Jr. #2234*
                              Donald L. Gouge, Jr. (DSB # 2234)
                              800 King Street, Suite 303
                              P.O. Box 1674
                              Wilmington, DE 19801
                              (302) 658-1800
                              (302) 658-1473 (fax)
                              dgouge@hgkde.com

Date:   November 3, 2005