**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NICOLE VEASLEY,           )<br>          Plaintiff,           )<br>                                     )<br>     v.                              )<br>                                     )<br>NEWARK HOUSING AUTHORITY  )<br>JOHNNIE JACKSON, Executive )<br>Director, in his official capacity, )<br>JOAN ROBERTS, Housing Coordinator, )<br>in her official capacity,          )<br>JACQUELYN BALDWIN, in her  )<br>official capacity, and             )<br>DAVID B. MAHENY, in his official )<br>capacity,                          )<br>          Defendants.           ) | C.A. No. 05-CV-00615(GMS) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date listed below that the attached answer to the complaint was filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. The documents are available for viewing and downloading from CM/ECF. I also served a hard copy as indicated below:

Deborah I. Gottschalk, Esquire
100 W. 10th Street, Suite 801
Wilmington, DE  19801

Karen L. Valihura, Esquire
P.O. Box 636
Wilmington, DE  19899

                              */s/ Donald L. Gouge, Jr. #2234*
                              Donald L. Gouge, Jr. (DSB # 2234)
                              800 King Street, Suite 303
                              P.O. Box 1674
                              Wilmington, DE 19801
                              (302) 658-1800
                              (302) 658-1473 (fax)
                              dgouge@hgkde.com

Date:   November 3, 2005