IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VEASLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO.: 1:05-CV-00615-UNA |
| ) | |
| NEWARK HOUSING AUTHORITY ) | |
| JOHNNIE JACKSON, Executive ) | |
| Director in his official ) | |
| capacity, JOAN ROBERTS, ) | |
| Housing Coordinator, in her ) | |
| official capacity, ) | |
| JACQUELYN BALDWIN, in her ) | |
| official capacity, and ) | |
| DAVID B. MAHANEY, in his ) | |
| official capacity. ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

Donald L. Gouge, Jr., Esquire hereby withdraws his appearance as attorney for defendants.  Bruce C. Herron, Esquire hereby enters his appearance on behalf of all defendants.

**HEIMAN, GOUGE & KAUFMANN, LLP**

/s/ Donald L. Gouge, Jr.
Donald L. Gouge, Jr.
Attorney I.D. No.: 2234
800 King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800

Dated: November 10, 2005

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1220 N. Market Street,
Suite 300
P.O. Box 25047
Wilmington, DE  19899
(302) 427-6987

Dated: November 10, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE VEASLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO.: 1:05-CV-00615-UNA |
| ) | |
| NEWARK HOUSING AUTHORITY ) | |
| JOHNNIE JACKSON, Executive ) | |
| Director in his official ) | |
| capacity, JOAN ROBERTS, ) | |
| Housing Coordinator, in her ) | |
| official capacity, ) | |
| JACQUELYN BALDWIN, in her ) | |
| official capacity, and ) | |
| DAVID B. MAHANEY, in his ) | |
| official capacity. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I hereby certify that on this <u>10th</u> day of <u>November</u>, 2005, a copy of the **SUBSTITUTION OF COUNSEL** was electronically filed with the Clerk of the Court using CM/ECF which will send notifications of such filing(s) to Plaintiff's attorney listed below:

Deborah L. Gottschalk, Esquire  
Community Legal Aid Society, Inc.  
100 West 10th Street, Suite 801  
Wilmington, DE 19801

Karen L. Valihura, Esquire  
One Rodney Square  
P.O. Box 636  
Wilmington, DE 19899-0636

**AKIN & HERRON, P.A.**  
<u>/s/ Bruce C. Herron</u>  
Bruce C. Herron, Esquire  
Attorney I.D. No.: 2315  
1220 N. Market Street, Suite 300  
P.O. Box 25047  
Wilmington, DE 19899  
(302) 427-6987  
Attorney for Defendants

H:\tmw5\data\files\Docs\3651.036\SOC\2994.frm