IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
NICOLE VEASLEY,                 )
                                )
        Plaintiff,              )
                                )
        v.                      )   C.A. NO.: 1:05-CV-00615-UNA
                                )
NEWARK HOUSING AUTHORITY        )
JOHNNIE JACKSON, Executive      )
Director in his official        )
capacity, JOAN ROBERTS,         )
Housing Coordinator, in her     )
official capacity,              )
JACQUELYN BALDWIN, in her       )
official capacity, and          )
DAVID B. MAHANEY, in his        )
official capacity.              )
                                )
        Defendants.             )
```

## NOTICE OF SERVICE

I hereby certify that on this <u>10th</u> day of <u>November</u>, 2005, a

copy of **DEFENDANTS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

were electronically filed with the Clerk of the Court using

CM/ECF which will send notifications of such filing(s) to

Plaintiff's attorneys listed below:

Deborah L. Gottschalk, Esquire  Karen L. Valihura, Esquire
Community Legal Aid Society, Inc. One Rodney Square
100 West 10th Street, Suite 801  P.O. Box 636
Wilmington, DE 19801     Wilmington, DE 19899-0636

         **AKIN & HERRON, P.A.**
         <u>/s/ Bruce C. Herron</u>
         Bruce C. Herron, Esquire
         Attorney I.D. No.: 2315
         1220 N. Market Street, Suite 300
         P.O. Box 25047
         Wilmington, DE 19899
         (302) 427-6987
         Attorney for Defendants