IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VEASLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NEWARK HOUSING AUTHORITY, | : | C.A. No. 05-615 |
| JOHNNIE JACKSON, Executive | : | |
| Director, in his official capacity, | : | |
| JOAN ROBERTS, Housing Coordinator, | : | |
| in her official capacity, | : | |
| and JACQUELYN BALDWIN, in her | : | |
| official capacity, and | : | |
| DAVID B. MAHANEY, in his official | : | |
| capacity, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Karen L. Valihura hereby enters her appearance as attorney for the plaintiff in the above-entitled action.

DATED: December 28, 2005

By: _____
Karen L. Valihura (I.D. No. 2789)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for the Plaintiff

1

## CERTIFICATE OF SERVICE

I, Karen L. Valihura, hereby certify that on December 28, 2005, a copy of an Entry of Appearance and Proposed Order were served electronically upon the following counsel of record:

>Bruce Herron, Esquire
>Akin & Herron, P.A.
>1220 North Market Street, #300
>P.O. Box 25047
>Wilmington, Delaware 19899
>
>Deborah I. Gottschalk, Esquire
>Augusto A. Cordova, Esq.
>Community Legal Aid Society, Inc.
>100 West 10th Street, Suite 801
>Wilmington, Delaware 19801

>_____
>Karen L. Valihura (I.D. No. 2789)
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware  19899
>(302) 651-3000