ONE RODNEY SQUARE
BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

DIRECT DIAL
(302) 651-3140
DIRECT FAX
(302) 651-3001
EMAIL ADDRESS
Kvalihur@skadden.com

December 28, 2005

BY HAND AND E-FILING

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, Delaware 19801

      Re:    Veasley v. Newark Housing Authority et al.
               C.A. No. 05-615 (GMS)

Dear Judge Sleet:

      On December 27, 2005, the Court set a scheduling conference in the above-captioned matter for January 4, 2006 at 10:00 a.m. We understand that the order setting this conference requires a joint status report to be filed today.

      I, along with Deborah Gottschalk and Augusto Cordova of Community Legal Aid Society, Inc., represent the plaintiff, Nicole Veasley. On behalf of the plaintiff, I write to advise Your Honor that the parties conducted a Rule 26(f) conference on December 20. The enclosed draft proposed form of scheduling order was reviewed by all counsel in this matter last week and reflects the parties' agreement on various deadlines, subject to the Court's approval.

The Honorable Gregory M. Sleet
January 21, 2005
Page 2

      I am aware that some of the other counsel are not in this week, given the holidays. As an extra precaution, I have left voicemails and e-mails advising them of the January 4 scheduling conference.

Respectfully,

*Karen L. Valihura*

Karen L. Valihura
(I.D. No. 2789)

Enclosure

cc:    Clerk of the Court
        Bruce C. Herron, Esq. (counsel for defendants)
        Deborah I. Gottschalk, Esq. (co-counsel for plaintiff)
        Augusto A. Cordova, Esq. (co-counsel for plaintiff)