IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VEASLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NEWARK HOUSING AUTHORITY, | : | C.A. No. 05-615 (GMS) |
| JOHNNIE JACKSON, Executive | : | |
| Director, in his official capacity, | : | |
| JOAN ROBERTS, Housing Coordinator, | : | |
| in her official capacity, | : | |
| and JACQUELYN BALDWIN, in her | : | |
| official capacity, and DAVID B. | : | |
| MAHANEY, in his official capacity, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This ___ day of _____ of 200__, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and(b).

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures.**  The parties will exchange by January 20, 2006, the information required by Fed. R. Civ. P. 26(a) (1) and D. Del. LR 16.2.

2.    **Discovery.**

(a)    Discovery will be needed on the following subjects:  the termination of the plaintiff's housing vouchers, the formal hearing convened by the Newark Housing Authority, and Newark Housing Authority policies and procedures.  This list is not intended to be exhaustive and Plaintiff reserves the right to obtain discovery in other relevant areas.

1

(b)     All fact discovery shall be commenced in time to be completed by April 21, 2006.

(c)     Maximum of 50 interrogatories by the plaintiff and 50 by the defendants in the aggregate.

(d)     Maximum of 20 requests for admission by the plaintiff and 20 by the defendants in the aggregate.

(e)     Maximum of 10 depositions by the plaintiff and 10 by the defendants in the aggregate.

(f)     Each deposition is limited to a maximum of 7 hours unless extended by agreement of parties.

(g)     Expert discovery shall be completed by May 19, 2006.

(h)     Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by June 9, 2006.  Rebuttal expert reports due by July 14, 2006.

(i)     **Discovery Disputes.**  Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37.  During the course of discovery, each party is limited to **two (2)** Rule 37 motions.  The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.     **Joinder of Other Parties, Amendment of Pleadings, and Class Certification.**  All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before _____.

    **4.**    **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement.

    **5.**    **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before August 25, 2006. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

    **6.**    **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any nondispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

    **7.**    **Motions in Limine.** All motions in limine shall be filed on or before _____. All responses to said motions shall be filed on or before _____.

    **8.**    **Pretrial Conference.** A pretrial conference will be held on _____ at _____ p.m. in Courtroom No. ___, Sixth Floor Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge

439363.01-Wilmington Server 1A - MSW