ONE RODNEY SQUARE
BOX 636
WILMINGTON, DELAWARE 19899-0636

(302) 651-3000

DIRECT DIAL
302-651-3140
DIRECT FAX
302-651-3001
EMAIL ADDRESS
KVALIHUR@PROBONOLAW.COM

January 5, 2006

**E-FILING**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, Delaware 19801

                RE:    Veasley v. Newark Housing Authority, et al.
                         C.A. No. 05-615 (GMS)

Dear Judge Sleet:

      This letter follows on the scheduling conference the Court held in the above-captioned matter yesterday at 10:00 a.m. Enclosed is a form of order which all counsel have reviewed. We will advise the Court within 30 days of the status of settlement discussions.

                                                Respectfully,

                                                Karen L. Valihura
                                                (I.D. No. 2789)

Enclosure

cc:    Clerk of the Court
       Bruce C. Herron, Esq. (counsel for defendants)
       Deborah I. Gottschalk, Esq. (co-counsel for plaintiff)
       Augusto A. Cordova, Esq. (co-counsel for plaintiff)