# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON
_____

DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE  19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

February 2, 2006

**VIA ELECTRONIC FILING & FIRST CLASS MAIL**
Honorable Gregory M. Sleet
United States District Judge
United States District Court
844 North King Street, Lock Box 19
Wilmington, DE 19801

     **RE:   Nicole Veasley v. Newark Housing Authority, et. al.**
           **C.A. No.05-615 GMS**

Dear Judge Sleet:

    This is counsel's status report regarding the status of settlement negotiations.  Since the conference with the Court on January 4, 2006, counsel for the parties have exchanged correspondence exploring the terms of a proposed settlement.  I am pleased to report that today the parties reached a tentative settlement agreement.

    We hope to have a signed settlement agreement in place within the next ten days.  We wisll inform the Court as soon as the final settlement documents are executed.

                            Respectfully Submitted,

                            /s/ Bruce C. Herron
                            Bruce C. Herron
                            Attorney for Defendants

BCH:tad
cc:   United States District Court Clerk
      Karen L. Valihura, Esquire
      Deborah I. Gottschalk, Esquire
      Augusto Cordova, Esquire