## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

February 27, 2006

TO: Counsel

RE: Veasley v. Newark Housing Authority, et al., 05-615 GMS

Dear Counsel:

Please submit a jointly prepared status report, or a stipulation of dismissal, via electronic case filing no later than March 13, 2006.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager for Judge Gregory M. Sleet