IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE VEASLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NEWARK HOUSING AUTHORITY, | : | C.A. No. 05-615 (GMS) |
| JOHNNIE JACKSON, Executive | : | |
| Director, in his official capacity, | : | |
| JOAN ROBERTS, Housing Coordinator, | : | |
| in her official capacity, and | : | |
| JACQUELYN BALDWIN, in her | : | |
| official capacity, and | : | |
| DAVID B. MAHANEY, in his official | : | |
| capacity, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties, through undersigned counsel, that Plaintiff's Complaint is dismissed with prejudice. The parties agree that the Court may retain jurisdiction for the purpose of enforcing the settlement agreed upon by the parties.

DATED: March 13, 2006        By: _____
                                 Bruce C. Herron (I.D. No. 2315)
                                 Akin & Herron, P.A.
                                 1220 North Market Street
                                 Suite 300
                                 P. O. Box 25047
                                 Wilmington, Delaware 19899
                                 (302) 427-6990
                                 Attorney for Defendants


DATED: March 13, 2006        By: _____
                                 Karen L. Valihura (I.D. No. 2789)
                                 One Rodney Square
                                 P.O. Box 636
                                 Wilmington, Delaware 19899
                                 (302) 651-3000

                                 Deborah I. Gottschalk (I.D. No. 3393)
                                 Augusto A. Cordova (I.D. No. 4638)
                                 Community Legal Aid Society, Inc.
                                 100 W. 10th Street, Suite 801
                                 Wilmington, DE 19801
                                 (302) 575-0660

                                 Attorneys for the Plaintiff


SO ORDERED:

                                          _____
                                                    Sleet, J.